

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00835-CV

**IN THE INTEREST OF L.K.T.**, a Child

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 11-361-A
The Honorable Cathy O. Morris, Judge Presiding

Opinion by:    Patricia O. Alvarez, Justice

Sitting:    Marialyn Barnard, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

Delivered and Filed:  April 17, 2013

AFFIRMED

This is an appeal from the trial court's order terminating Appellant's parental rights to her child. The court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. The attorney concludes that his client's appeal is frivolous and without merit. The attorney's brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (mem. op.) (applying *Anders* procedure in an appeal from a termination of parental rights); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, no pet.) (same).

Appellant's attorney certified that a copy of his brief was delivered to his client who was advised of her right to examine the record and to file a pro se brief. Appellant did not file a pro

se brief. After reviewing the record, we agree that Appellant's appeal is frivolous and without merit. We affirm the trial court's order and grant Appellant's attorney's motion to withdraw.

Patricia O. Alvarez, Justice